JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALFONSO MUNOZ ALEGRIA,
    Petitioner,

v.

DAVE CLARK, Warden,
    Respondent.

Case No. 5:22-cv-01992-PA-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 29, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE